IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:20-po-1167 |
| | ) | |
| MUHAMMAD S MIAN, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

The motion of the United States of America to dismiss without prejudice criminal number 1:20-po-1167 pertaining to the defendant, MUHAMMAD S MIAN, is hereby granted.

IT IS ORDERED that court number 1:20-po-1167 pertaining to the defendant, MUHAMMAD S MIAN, is hereby dismissed without prejudice.

Alexandria, Virginia

Date this________
day of August 2020
Alexandria, Virginia

__________________________________________
United States Magistrate Judge